UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DELVIN NEAL                                                                                          PETITIONER
ADC #171726

V.                                      NO. 4:21-cv-01185-JM-JTR

DEXTER PAYNE, Director,                                                                              RESPONDENT
Arkansas Division of Correction

## JUDGMENT

Pursuant to the Order that was entered on this date, it is considered, ordered, and adjudged that this case is DISMISSED, with prejudice. Judgment is entered in favor of respondent Dexter Payne, and a certificate of appealability is denied.

IT IS SO ADJUDGED this 18th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE